# EXHIBIT A

US00D705533S

| (12) United States Design Patent  Tunney | (10) Patent No.: **US D705,533 S** |
|---|---|
| | (45) Date of Patent: ** May 27, 2014 |

(54) **POCKET KEY ORGANIZER**

(71) Applicant: **KeySmart, LLC**, Chicago, IL (US)

(72) Inventor: **Michael Tunney**, Chicago, IL (US)

(73) Assignee: **Keysmart, LLC**, Chicago, IL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/458,514**

(22) Filed: **Jun. 20, 2013**

(51) **LOC (10) Cl.** .................................................. 03-01
(52) **U.S. Cl.**
    USPC .......................................................... D3/207
(58) **Field of Classification Search**
    CPC ...................................................... A44B 9/12
    USPC ........ D11/1–2, 14, 26–29, 89–92, 44, 48, 81,
    D11/99; 63/26–28, 32; D3/207–212; D8/16,
    D8/38, 347, 348; 70/456 B, 457, 458, 408;
    206/37.1; D21/576, 593, 594, 606,
    D21/609, 610, 611, 659, 660
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D3,942 S | 3/1870 | Elwell | |
| 1,885,957 A | 8/1929 | Singleton | |
| 1,974,160 A * | 9/1934 | Peirson | ........................... 70/458 |

(Continued)

FOREIGN PATENT DOCUMENTS

| GB | 856223 | 12/1960 |

OTHER PUBLICATIONS

Gordon, Whitson, Folding Key Chain, instructables.com (Aug. 8, 2011).

(Continued)

*Primary Examiner* — Ralf Seifert
(74) *Attorney, Agent, or Firm* — Walter, Palmer & Dawson, LLC; Philip A. Prorok

(57) **CLAIM**

I claim the ornamental design for a pocket key organizer, substantially as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view showing the pocket key organizer;
FIG. 2 is a front view of the pocket key organizer;
FIG. 3 is a rear view of the pocket key organizer;
FIG. 4 is a top view of the pocket key organizer;
FIG. 5 is a bottom view of the pocket key organizer;
FIG. 6 is a right side view of the pocket key organizer;
FIG. 7 is a left side view of the pocket key organizer;
FIG. 8 is a front perspective view of the pocket key organizer;
FIG. 9 is a right side view of the pocket key organizer;
FIG. 10 is a front perspective view of the pocket key organizer; and,
FIG. 11 is a right side view of the pocket key organizer.
The features shown in broken lines in FIGS. 8, 9, 10, and 11 of the drawings are for illustrating the environmental structure and form no part of the claimed design.
The posts shown in FIGS. 2, 3, 4, and 5 of the drawings are shown broken away to indicate indeterminate length, it being understood that the posts have a uniform shape and appearance throughout their length.

**1 Claim, 6 Drawing Sheets**



US D705,533 S

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS
| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| 2,344,581 | A | 3/1944 | Ziegeweid | |
| 2,387,319 | A | 10/1945 | Evans | |
| D156,677 | S | 12/1949 | Smith | |
| 2,493,330 | A * | 1/1950 | Zimmerman | 70/456 R |
| 2,549,228 | A * | 4/1951 | Ostrander | 70/458 |
| 2,659,231 | A | 11/1953 | Glubiak | |
| 2,790,319 | A | 4/1957 | Brunner | |
| 3,321,943 | A | 5/1967 | Reyes | |
| 3,355,917 | A | 12/1967 | Albert | |
| 3,436,942 | A * | 4/1969 | Procter | 70/456 R |
| 3,455,131 | A | 7/1969 | Shofner | |
| 3,606,777 | A | 9/1971 | Watson | |
| 4,045,984 | A * | 9/1977 | McDonald | 70/456 R |
| 4,646,913 | A * | 3/1987 | Wing et al. | 206/37.2 |
| D332,384 | S | 1/1993 | Dague | |
| D334,528 | S | 4/1993 | Franklin | |
| 5,199,560 | A | 4/1993 | Lee | |
| D356,019 | S | 3/1995 | Sakai | |
| D357,166 | S | 4/1995 | Concari | |
| D382,190 | S | 8/1997 | Blakston et al. | |
| 5,791,211 | A | 8/1998 | Bondhus et al. | |
| D404,284 | S | 1/1999 | Sacco et al. | |
| D405,675 | S | 2/1999 | Rivera | |
| D434,302 | S | 11/2000 | Van Den Acker | |
| D442,060 | S | 5/2001 | Neset | |
| D442,061 | S | 5/2001 | Harris et al. | |
| 6,892,558 | B2 | 5/2005 | Chodosh | |
| 7,127,922 | B2 | 10/2006 | Khounsombath et al. | |
| 7,481,137 | B1 | 1/2009 | Johnson | |
| D624,305 | S | 9/2010 | Downes | |
| D674,590 | S | 1/2013 | Busch | |
| D693,202 | S * | 11/2013 | Berman | D8/105 |
| 2001/0012754 | A1 | 8/2001 | Anderson et al. | |
| 2005/0103070 | A1 | 5/2005 | Meyerson et al. | |
| 2006/0000250 | A1 | 1/2006 | Folger | |

### OTHER PUBLICATIONS

Ethanf, "Do you hate your keys jingling? (Bicycle Content)," EDCForums (Sep. 12, 2012).
Bladekey, LLC, "Bolt-Open Source Pocket Key Organizer," Kickstarter.com (Mar. 11, 2013).
Ableware, "Four Key Holder," SeniorEmporium.com (2000).
Doherty, William, "Swiss army style pocket key organizer," Etsy.com (May 6, 2013).
Key Inventions, LLC, "Key Organizer," www.key-inventions.com/index.htmls (May 20, 2012).
Anonymous, "Novel Key Holder," Popular Mechanics at p. 161 (Jan. 1923).
Crew, "My new custom 'multi-key', made from a Gerber Curve!," EDCForums (Dec. 1, 2010).
Legoman0721, "Keychain Pics, Part 1," EDCForums (Nov. 24, 2010).
Anonymous, "Switchkey," switchkey.ca (2007, accessed Jun. 20, 2013).
Cineik, "K-Addict," Kickstarter.com (Jun. 11, 2013).
Reconscious, "Friendly Folding Keychain," instructables.com (Jun. 28, 2009).

* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9

U.S. Patent    May 27, 2014    Sheet 6 of 6    US D705,533 S



FIG.10



FIG.11