# EXHIBIT C



**EXPANDS TO FIT UP TO 30 KEYS**



**KEY NINJA**



**"S" HOOK** FOR ATTACHING REMOTES AND LARGE KEYS



**NINJA KNIFE**



Key Ninja - The Modern Key Organizer Case: 1:15-cv-05700 Document #: 1-3 Filed: 06/26/15 Page 2 of 5 PageID #:24 Page 1 of 4

http://www.keyninja.com/ 6/2/2015

**ORDER BEFORE THE TIMER RUNS OUT AND GET A FREE NINJA KNIFE** ($9.99 VALU

1 Key Ninja + S Clip + Ninja Knife        **PRICE: $14.99**




FREE PRIORITY SHIPPING
SHIPS NEXT DAY






**256 BIT SSL SECURE**
100% Safe & Secure Process



FROM THIS... TO THIS

THE KEY RING REINVEN



EXPANDS TO FIT UP TO 30 KEYS        KEYS FOLD IN FOR SLEEK CARRY





## STAY UPDATED

Enter your email address

Submit Que

