# EXHIBIT D

Case: 1:15-cv-05701 Document #: 1-4 Filed: 06/26/15 Page 2 of 5 PageID #:26

OMEGAKEY ™ Maybe the most useful Gadget you will ever have! Page 1 of 4

Unique products designed for modern day living.

Home N Office    Eco Stuff    Handy & Useful Stuff    Cool Stuff    About us    Press    Business    View Basket

# OMEGAKEY ™ Maybe the most useful Gadget you will ever have!



Products



Car led sign
**£37.00**

Car litter bag
**£5.94**

Summer UV key ring
**£2.99**

OMEGAKEY ?

Don't you hate it when you're running late and you can't find your keys? You're sweating and in a panic what about finding the 50th password to that random web account you never use? or maybe finding your screwdriver you swore was in the top draw next to your bed?
We hated that feeling, too, and decided to come up with a "cool Keychain Multi-Tool / Army knife-style" key organizer that'll help you find your keys and just like a Swiss Army knife, you can add other useful tools to the key finder like bike tools, USBs and more. The device syncs to your phone so that you can easily locate your lost keys. You can download app with cool feature that allows you to create a virtual leash to your OMEGAKEY so that if it moves out of a pre-set range from your phone, the app will alert you to find keys. The Key finder Multi-Tool works via Bluetooth 4.0 with a variety of phones, including iOS devices and will be available on Android devices.

OMEGAKEY ™ Maybe the most useful Gadget you will ever have! Page 2 of 4

Case: 1:15-cv-05701 Document #: 1-4 Filed: 06/26/15 Page 3 of 5 PageID #:27



HOW TO Quick & easily assemble your omegakey

The video shows some different assembly setup and tips

### OMEGAKEY HOW TO:
from au-my

01:31  HD



OMEGAKEY A Modular pocket key holder / multi-tool / Tracker for modern-day living

OMEGAKEY ™ is a tactile **(EDC)** Everyday Carry Tool that simplifies and keeps you prepared for the modern world.

In order to make OMEGAKEY ™ truly unique, we needed to figure out a way to make a superior key holder clip; make it "affordable"; make it LAST A LIFETIME, and most of all make it useful for modern-day living. OMEGAKEY ™ has gone through much iteration to become what it is today.

OMEGAKEY ™ is a Strong, Durable, Light Weight product that combines the best elements of a Swiss army knife/multi-tool & key holder clip. Not only will it hold your keys and look awesome, OMEGAKEY ™ will store your handy tools/keys neatly, reducing any noise they make, so no jingle jangle. The case also acts as an extended grip, great in cold weather or if you're a sufferer of arthritis. **OMEGAKEY ™ can be personalized or self-assembled to fit a variety of multi-tools, add High Security encrypted USB and keys.** So whether you're an avid camper, pc , an accidental DIY'er or a GEEK on a mission OMEGAKEY ™ is the perfect product to have with you.

Are you forgetful?

If you're forgetful and lose your keys, lock yourself out ΩMEGAKEY™ tracker / Key finder can help, the item finder app, is free from the App store and google android store at the click of a button you can find your keys , weather its fallen behind the cupboard of your child has hidden it under a mountain of cloths

Are you an independent person?

Do you hate not having the simple tools you need to do simple task, like undo a one screw, fix your bike without spending 3days looking for your tool box? Well with ΩMEGAKEY™ EDC you can add many off the shelf tools:

# Stainless steel tool
#spanners
#Spoke keys
#3,4,5,6,8mm hex bits
#Philips head/(other) screwdriver
#Tool bit
#Bottle opener
#lifesaver tool

OMEGAKEY ™ Maybe the most useful Gadget you will ever have! Page 3 of 4

Case: 1:15-cv-05701 Document #: 1-4 Filed: 06/26/15 Page 4 of 5 PageID #:28

ΩMEGAKEY ™ Lifesaver tools



The handle is designed so that the user can find the exact tool or key in the dark, in fact you can use it blind folded. TELL A FRIEND about OMEGAKEY ™ (#EDC) Everyday Carry Tool for modern-day living .

Features and Benefits

1. Designed so it can be used with only **one hand,** leaving the other hand free.
2. The outer case is highly durable make it **LAST A LIFETIME.**
3. **Reduce the bulk** of your keys.
4. **Eliminate** jingle jangle noise of keys.
5. **smartphone Key finder TRACKER** NO MORE lost keys or bike tools gadgets.
6. **Tactile design** that can find the right key or tool without looking.
7. Easy to add and **remove items/ Multi-Tool.**
8. **Tool locking function.**
9. Lifesaver **tools for emergencies and first aid.**
10. Holds **bike repair** and hex MultiTool.
11. Configure USB to High Security **encryption key** or portable **virtual pc** that will never leave your side



All you need to know -PDF download

## Order Product

| Description | Availability | Price | |
|---|---|---|---|
| | ΩMEGAKEY key manager (ΩK) (S) fitting = 10-12 keys | £8.00 | Buy |
| | USB 8 GB 2.0 | £5.00 | Buy |
| | Ω-KEY business (ΩK),(LF),& 8GB USB (S,M,L) fitting | £17.00 | Buy |
| | lifesaver (LF) (ΩK) (S,M,L) fitting | £13.00 | Buy |
| | Wireless Tracker tool (TT) | £9.99 | Buy |
| | Biketool Set (BT)- (S,M,L) fitting upgrade | £7.00 | Buy |
| | ΩMEGAKEY Essential (ΩK),(LF),(TT) (S,M,L) fitting | £23.00 | Buy |

OMEGAKEY ™ Maybe the most useful Gadget you will ever have! Page 4 of 4

Case: 1:15-cv-05701 Document #: 1-4 Filed: 06/26/15 Page 5 of 5 PageID #:29

| | | | |
|---|---|---|---|
|  | Ω-KEY inc (ΩK),(LF),(TT),(BT) 8GB (S,M,L) fitting | £29.00 | Buy |
| | ΩMEGAKEY BIGBoy (ΩK),(LF),(TT),(BT) 64GB | £49.80 | Buy |
| Extender = holds about 30 keys | Extender = holds about 30 keys | £1.50 | Buy |

  

AU-MY Retail Service Contact Site Map Privacy Policy      © 2004-2013 AU-MY Ltd. All rights reserved

POWERED BY ELEMENTAL LOGIC