**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KEYSMART, LLC, | ) | |
| | ) | Judge: Andrea Wood |
| Plaintiff, | ) | |
| | ) | Magistrate: |
| v. | ) | |
| | ) | Civil Action No.: 1:15-CV-05701 |
| VANTE, INC. and | ) | |
| AU-MY, LTD., | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
<u>AGAINST DEFENDANT VANTE, INC.</u>**

Pursuant to Rule 65 (a) (1) of the Federal Rules of Civil Procedure, Plaintiff Keysmart, LLC respectfully moves for an order preliminarily enjoining, Defendant Vante, Inc. from further making, using, selling and offering to sell pocket key organizers having substantially the same ornamental design described and claimed in U.S. Design Patent D705,533, issued to Michal Tunney, including those sold under the trademark KEY NINJA®.

A memorandum in support of this motion is submitted herewith.

Date: August 6, 2015  Respectfully Submitted,

/s/ Maxwell J. Petersen
Maxwell J. Petersen
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 W. Adams Street, Suite 300
Chicago, IL 60661
Tel.: 312.462-3558
Fax: 312.345-1778
Email: Maxwell.Petersen@lewisbrisbois.com

ATTORNEYS FOR PLAINTIFF KEYSMART, LLC

4835-6414-1606.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August 2015, I caused to be served, by email and overnight courier, copies of the foregoing on the following:

>Richard S. Stockton
>rstockton@bannerwitcoff.com
>Azuka C. Dike
>adike@bannerwitcoff.com
>Banner & Witcoff, Ltd.
>10 South Wacker Drive, Suite 3000
>Chicago, IL  60606


/s/Maxwell J. Petersen