# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KEYSMART, LLC** <br><br> Plaintiff, <br><br> v. <br><br> **VANTE, INC.** <br><br> Defendant. | Civil Action No.: 1:15-cv-05701 <br><br> Judge Andrea R. Wood <br><br> Jury Demanded |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Keysmart, LLC ("Keysmart"), and Defendant, Vante, Inc. ("Vante"), have reached an amicable Settlement Agreement for resolution of this action and their dispute, and hereby stipulate to the dismissal of the entirety of the above-captioned action with prejudice, including all claims, counterclaims, and defenses asserted therein. Keysmart and Vante agree that each party shall bear its own costs and attorneys' fees. The court shall retain jurisdiction of each party for purposes of enforcing the Settlement Agreement.

A proposed order to effectuate the dismissal with prejudice is being submitted contemporaneously via email to Proposed_Order_Wood@ilnd.uscourts.gov.

Dated: November 5, 2015          Respectfully submitted,

By: s/Maxwell J. Peterson          By: s/Binal J. Patel
Maxwell J. Petersen (IL Bar No. 6194644)   Binal J. Patel (IL Bar No. 6237843)
Steven M. Shape ( IL Bar No. 6183902)   Richard S. Stockton (IL Bar No. 6273109)
Lewis Brisbois Bisgaard & Smith LLP   Azuka C. Dike (IL Bar No. 6303185)
550 W. Adams Street, Suite 300       BANNER & WITCOFF, LTD.

Chicago, IL 60661
Telephone: (847) 463-3386
*Maxwell.Petersen@lewisbrisbois.com*
*Steven.Shape@lewisbrisbois.com*

**Attorney for Plaintiff**
**Keysmart, LLC**

10 South Wacker Drive – Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001
*bpatel@bannerwticoff.com*
*rstockton@bannerwitcoff.com*
*adike@bannerwitcoff.com*

**Attorneys for Defendant**
**Vante, Inc.**

# CERTIFICATE OF SERVICE

I, Binal J. Patel, hereby certify that on November 5, 2015, I electronically filed the **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, including counsel of record for Plaintiff.

Respectfully Submitted,

By: s/Binal J. Patel
Binal J. Patel (IL Bar. No. 6237843)
Richard S. Stockton (IL Bar No. 6273109)
Azuka C. Dike (IL Bar No. 6303185)
BANNER & WITCOFF, LTD.
10 South Wacker Drive – Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001
*bpatel@bannerwticoff.com*
*rstockton@bannerwitcoff.com*
*adike@bannerwitcoff.com*

**Attorneys for Defendant Vante, Inc.**