# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KEYSMART, LLC.,** | Civil Action No. 1:15-cv-05701 |
| Plaintiff, | Judge Andrea R. Wood |
| v. | Jury Demanded |
| **VANTE, INC.,** | |
| Defendant. | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Stipulation of Dismissal filed by Plaintiff Keysmart, LLC., ("Keysmart") and Defendant Vante, Inc., ("Vante"). Having considered the stipulation and subsequent conferences with counsel for the Parties, the Court hereby orders:

1. The entirety of this action, including all claims, counterclaims and defenses, is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a).

2. Each party shall bear its own costs and attorneys' fees.

**SO ORDERED:**

Date: November 19, 2015

Andrea R. Wood
United States District Judge

AND AGREED TO:

| | |
|---|---|
| By:<br>Maxwell J. Petersen (IL Bar No. 6194644)<br>Steven M. Shape (IL Bar No. 6183902)<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 W. Adams Street, Suite 300<br>Chicago , IL 60661<br>Telephone: (847) 463-3386<br>*Maxwell.Petersen@lewisbrisbois.com*<br>*Steven.Shape@lewisbrisbois.com*<br><br>**Attorney for Plaintiff**<br>**Keysmart, LLC** | By:<br>Binal J. Patel (IL Bar No. 6237843)<br>Richard S. Stockton (IL Bar No. 6273109)<br>Azuka C. Dike (IL Bar No. 6303185)<br>BANNER & WITCOFF, LTD.<br>10 South Wacker Drive – Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 463-5000<br>Facsimile: (312) 463-5001<br>bpatel@bannerwitcoff.com<br>rstockton@bannerwitcoff.com<br>adike@bannerwitcoff.com<br><br>**Attorneys for Defendant**<br>**Vante, Inc.** |